# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEAN NIRAVANH, | ) | 1:04cv6704 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 13) |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 27, 2005, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be DENIED and that JUDGMENT be entered for Defendant. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 27, 2005, is ADOPTED IN FULL;

2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED; and

3. JUDGMENT is entered for Defendant.

IT IS SO ORDERED.

**Dated:   September 16, 2006**                               **/s/ Oliver W. Wanger**
emm0d6                                                                       UNITED STATES DISTRICT JUDGE